# BILL OF COSTS

## TEXAS COURT OF APPEALS, EIGHTH DISTRICT, AT EL PASO

No. 08-15-00052-CV

**Joe Bob Wells and Melody Wells**

**v.**

**Jason Hoisager, Clint Chapman and Arabella Minerals & Royalties, LLC**

(No. 13-02-20315-CVR IN 143RD DISTRICT COURT OF REEVES COUNTY)

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | VIOLET HERNANDEZ |
| SUPP. CLERK'S RECORD | $18.00 | UNKNOWN | AARON POOL |
| MOTION FEE | $10.00 | E-PAID | JOHN MOBBS |
| SUPP. RPTER'S RECORD | $0.00 | UNKNOWN | |
| MOTION FEE | $10.00 | E-PAID | VIOLET HERNANDEZ |
| REPORTER'S RECORD | $2,160.00 | UNKNOWN | |
| CLERK'S RECORD | $46.00 | UNKNOWN | N/A |
| FILING | $195.00 | E-PAID | ROSEMARY HURON |

**Balance of costs owing to the Eighth Court of Appeals, El Paso, Texas:   0.00**

***Court costs in this cause shall be paid as per the Judgment issued by this Court.***

I, DENISE PACHECO, **CLERK** OF THE EIGHTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE EIGHTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Eighth District of Texas, this May 25, 2018.

Denise Pacheco, Clerk

*Denise Pacheco*